**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

GABRIELA BRAVO CARRERA,      )
                      )
        Petitioner,          )
                      )
v.                       )      Case No. CIV-26-1251-J
                      )
MERRICK B. GARLAND, et al.,    )
                      )
        Respondents.    )

## ORDER

The referral to Judge Suzanne Mitchell [Doc. No. 9] is TERMINATED.

IT IS SO ORDERED this 1st day of June, 2026.

_____
BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE