**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| GABRIELA BRAVO CARRERA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-1251-J |
| | ) | |
| MERRICK B. GARLAND, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Petitioner Gabriela Bravo Carrera, a Mexican citizen, is currently in the custody of Immigration and Customs Enforcement. On May 5, 2026, Petitioner, appearing pro se, challenged that detention in a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 in the United States District Court for the District of Arizona. *See* [Doc. No. 1]. That case was transferred to this Court on May 29, 2026. [Doc. No. 5]. However, before the Court received the case, Petitioner filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 in this Court. *See Carrera v. Figueroa*, No. CIV-26-1064-J, Doc. No. 1 (filed May 11, 2026). In the latter case, Petitioner received the necessary bond hearing under 8 U.S.C. § 1226(a) and her Petition was dismissed as moot. *See id.*, Doc. Nos. 31-32. For the same reasons, the Court also DISMISSES the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 as MOOT.

A separate judgment will enter.

IT IS SO ORDERED this 27th day of August, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE